Donald WHITE, Plaintiff,

v.

Barack H. OBAMA, Defendant.

Civil Action No. 13–1433 UNA

United States District Court,
District of Columbia.

September 20, 2013

Donald White, 301 Michigan Street, Pittsburgh, PA, pro se.

Barack Hussein Obama, II, pro se.

MEMORANDUM OPINION

ROSEMARY M. COLLYER, United States District Judge

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (requiring dismissal of a case upon a determination that the complaint is frivolous).

Plaintiff, a resident of Pittsburgh, Pennsylvania, sues President Barack H. Obama. He alleges that "his having been recently awarded an IRS Settlement Disbursement ... perhaps has led to the proximate causations attributable to the charges raised against the defendant." The only purported charges "superficially describe [defendant's] disrespect for others than himself and his disrespect for the laws." Compl. at 1. Since the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989), it will be dismissed. *See Crisafi v. Holland*, 655 F.2d 1305, 1307–08 (D.C.Cir.1981) ("A court may dismiss as frivolous complaints ... postulating events and circumstances of a wholly fanciful kind."). A separate Order accompanies this Memorandum Opinion.

*MEMORANDUM OPINION*

BERYL A. HOWELL, United States District Judge

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915A (requiring the Court to screen and dismiss a prisoner's complaint upon a determination that it is frivolous).

